No. 23-15742

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

Andrew W. Shalaby,

Plaintiff-Appellant;

v.

Iain v. Johnston., et al.,

Defendants - Appellees.

On Appeal from the United States District Court, N.D. of California
Case No. 4:22-cv-04718-JSW
The Honorable Jeffrey W. White, Presiding

**APPELLANTS' EXCERPTS OF RECORD
VOLUME 1 OF 1**

Andrew W. Shalaby sbn 206841
7525 Leviston Ave
El Cerrito, CA 94530
Tel. 510-551-8500, fax 510-725-4950
email: andrew@eastbaylaw.com
Appellant, Pro Per.

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **VOLUME 1** | | | |
| Judgment Dismissing Case | 4/21/23 | 57 | 002 |
| Order Dismissing Case | 4/21/23 | 56 | 003 |
| Order Denying Motion to Remand | 10/4/22 | 27 | 013 |
| Reply, Motion to Dismiss, by United States | 3/10/23 | 53 | 019 |
| Reply, Motion to Dismiss, by I.D. Johnston | 3/10/23 | 52 | 036 |
| Request for Judicial Notice, Supporting Plaintiff's Opposition to Motion to Dismiss | 2/9/23 | 46 | 046 |
| Opposition to Motions to Dismiss | 2/9/23 | 45 | 050 |
| Motion to Dismiss by United States, Corrected | 1/20/23 | 41 | 072 |
| Motion to Dismiss by I.D. Johnston | 12/27/22 | 36 | 095 |
| Notice of Appeal | 5/13/23 | 58 | 115 |
| CA State Bar Notice of Intent to Prosecute (for Req. to Take Judicial Notice on Appeal) | 8/25/23 | -- | 118 |
| Docket | 10/16/23 | -- | 120 |

i